# United States District Court
## Violation Notice

MD92

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 4092634 | MCGEE | B 0478 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☒ State Code |
|---|---|
| 10/25/2013 2:10 AM | 13-411.F |

Place of Offense: NSA Bethesda MD 20889
Bldg 55 Parking Garage

Offense Description: Factual Basis for Charge          HAZMAT ☐

Displaying Expired Registration plates

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| Horowitz | Steven | A |

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| 6AQM578 | CA | 06 | Honda/Civic | | Silver |

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)
B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

$ 70 Forfeiture Amount
+ $25 Processing Fee

**PAY THIS AMOUNT →** $ 95 Total Collateral Due

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address:

Date (mm/dd/yyyy): —
Time (hh:mm): —

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: A

(Rev. 01/2011)   Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **Oct 25**, 20**13** while exercising my duties as a law enforcement officer in the **Southern** District of **Maryland**

The foregoing statement is based upon:
☒ my personal observation   ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: **10/25/2013**   [signature]
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident